| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

Clean Energy, §
    Plaintiff, §
 §
v. § Civil Action H-19-244
 §
Trillium Transportation Fuels LLC and §
Trillium USA Company LLC §
    Defendant. §

## Order of Adoption

On March 22, 2019, Magistrate Judge Peter Bray filed a memorandum and recommendation recommending that the court deny Defendants' motion to dismiss. (D.E. 35.) No objections were filed. After considering the record and the law, the court adopts the memorandum and recommendation as its memorandum and opinion. The court will issue a separate order.

Signed April 8, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge