United States District Court
Southern District of Texas
**ENTERED**
December 01, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Clean Energy,<br>　　Plaintiff, | §<br>§<br>§ | |
| v. | § | Civil Action H-19-244 |
| | § | |
| Trillium Transportation Fuels, LLC,<br>Trillium USA Company, LLC,<br>Love's Travel Stops and Country Stores,<br>　　Defendants. | §<br>§<br>§<br>§<br>§ | |

## Order of Adoption

On November 9, 2020, Magistrate Judge Peter Bray filed a report and recommendation (131) recommending that the court deny Defendants' motion to dismiss. No objections were filed. The court adopts the report and recommendation as its memorandum and opinion.

Signed November 30, 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge