| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

United States District Court
Southern District of Texas
**ENTERED**
August 04, 2021
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Clean Energy, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action H-19-244 |
| | § | |
| Trillium Transportation Fuels, LLC, | § | |
| Trillium USA Company, LLC, | § | |
| Love's Travel Stops and Country | § | |
| Stores, Inc., | § | |
|     Defendants. | § | |

# Order of Adoption

On July 6, 2021, Magistrate Judge Peter Bray recommended that the court grant Trillium Transportation Fuels, LLC, Trillium USA Company, LLC, and Love's Travel Stops and Country Stores, Inc.'s motion for partial summary judgment. (133) Clean Energy filed objections to the report and recommendation. (169) The court denies Clean Energy's objections and adopts the report and recommendation as its memorandum and opinion.

Signed August 3, 2021, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge