United States District Court
Southern District of Texas

**ENTERED**
September 23, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Clean Energy, §<br>　　Plaintiff, §<br>§<br>v. §<br>§<br>Trillium Transportation Fuels, LLC, §<br>Trillium USA Company, LLC, §<br>　　Defendants. § | Civil Action H-19-244 |

## Order of Adoption

On August 24, 2022, Magistrate Judge Peter Bray recommended that the court deny Trillium Transportation Fuels, LLC, and Trillium USA Company, LLC's (Trillium) motion for summary judgment. (203) Trillium filed objections to the report and recommendation. (205) Clean Energy filed a response to Trillium's objection. (206) The court denies Trillium's objections and adopts the report and recommendation as its memorandum and opinion.

Signed September 23, 2022, at Houston, Texas.

　　　　　　　　　　　　　　　　　　Lynn N. Hughes
　　　　　　　　　　　　　　　　　United States District Judge